UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO. 3:09-cv-314-LRH-WGC |
| Plaintiff,            ) | ORDER |
| vs.            ) | |
| THE STATE OF NEVADA, and THE OFFICE OF THE STATE CONTROLLER,            ) | |
| Defendant.            ) | |

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 30 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

This case is currently scheduled for trial on the stacked calendar of May 8, 2012.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 23rd day of Nov., 2011.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE