UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, and THE OFFICE OF THE STATE CONTROLLER,<br><br>  Defendants. | 3:09-CV-00314-LRH-WGC<br><br>ORDER |

Before the court are the United States' Motion to Exclude Defendants' Expert and Expert Report (#128), and Defendant's opposition (#135). The evidence in question is pertinent only to relief. Given the court's order bifurcating the trial, the motion is granted insofar as it seeks to exclude such evidence during the jury phase on liability. Otherwise, the motion is denied without prejudice to any objections that may be raised during the bench trial on relief.

IT IS THEREFORE ORDERED that the United States' Motion to Exclude Defendants' Expert and Expert Report (#128) is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

DATED this 1st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE